STATE v. JOHN McBRINE
No. A-2614.   Opinion Filed July 8, 1916.
(157 Pac. 1028.)

Appeal from the County Court of Coal County; P. E. Wilhelm, Judge.

Appeal dismissed.

R. C. McMillan, Asst. Atty. Gen., and G. T. Ralls, County Attorney of Coal County, for the State.

PER CURIAM. The state appeals in this case from a judgment of the county court of Coal county, sustaining a demurrer to an information purporting to charge one John McBrine with the offense of imputing a want of chastity to a certain female. The state now moves to dismiss the appeal on the ground that the demurrer was properly sustained. It is therefore ordered that said appeal be dismissed.